ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>                      Plaintiff,<br>vs.<br><br>ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.;<br><br>                      Defendants. | Case No.: 2:16-cv-02258-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS**<br><br>(First Request) |

Plaintiff Bank of America, N.A. (**BANA**) and Defendant Aliante Master Association (**Aliante**) (collectively the **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to Aliante's motions to dismiss (ECF Nos. 12 and 13) filed on October 20, 2016 shall be continued from November 7, 2016 to November 21, 2016.

This is the first request for an extension of these deadlines.  BANA requests the additional time to afford it the opportunity to adequately respond to Aliante's motions to dismiss in a coordinated manner, as the same or similar motions by these and similarly-situated parties have been filed in other cases and raise novel legal arguments.  This is the first request for extension of this deadline.

{39924389;2}                                                                   1

The parties submit this request in good faith without the purpose of undue delay.

DATED this 7th day of November, 2016.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| /s/ Vatana Lay<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | /s/ Ryan Hastings<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>8945 W. Russell Road, Ste. 330<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Aliante Master Association* |

**ORDER**

IT IS SO ORDERED:

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT JUDGE**

DATED this   7   day of November, 2016.

{39924389;2}   2