ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.;<br><br>       Plaintiff,<br><br>vs.<br><br>ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.;<br><br>       Defendants. | Case No.: 2:16 cv 02258<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

Plaintiff Bank of America, N.A. (**BANA**), and Defendant SFR Investments Pool 1, LLC hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and the SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1) filed by SFR Investments Pool 1, LLC on October 20, 2016 [ECF No. 10], is granted.

///

///

///

///

///

///

{39874602;1}1

2. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 as to Defendant SFR Investments Pool 1, LLC within seven (7) days of the entry of this order.

DATED this 27th day of October, 2016.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Vatana Lay, Esq.*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff*<br>*Bank of America, N.A.* | */s/ Diana Cline Ebron, Esq.*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant*<br>*SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT JUDGE**

Dated this 7 day of November, 2016.

{39874602;1} 2