**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:   (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant*
*Aliante Master Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-02258-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DATES [ECF NOS. 12 AND 13]** |

Bank of America, N.A. ("Plaintiff"), and Defendant Aliante Master Homeowners Association ("Association") by and through their respective counsel stipulate and agree as follows:

1. On October 20, 2016, the Association filed a Motion to Dismiss as ECF No. 12.

2. On October 20, 2016, the Association filed a Motion to Dismiss Pursuant to NRS 38.310 as ECF No. 13.

3. On November 18, 2016, Bank of America, N.A.'s filed its Opposition to the Association's [ECF No. 12] Motion to Dismiss as ECF No. 21.

4. On November 18, 2016, Bank of America, N.A. filed its Opposition to the Association's [ECF No. 13] Motion to Dismiss as ECF No. 20.

5. The Association's Reply is due on or before November 28, 2016 to its Motion to Dismiss [ECF No. 12].

6. The Association's Reply is due on or before November 28, 2016 to its Motion to Dismiss pursuant to NRS 38.310 [ECF No. 13].

**IT HEREBY STIPULATED AND AGREED** that the Association will have a two-week extension to file its Replies to its respective Motions to Dismiss [ECF Nos. 12 and 13].

**IT IS FURTHER STIPULATED AND AGREED** that the Association's Reply to its Motion to Dismiss [ECF No. 12] shall be filed on or before **December 12, 2016.**

**IT IS FURTHER STIPULATED AND AGREED** that the Association's Reply to its Motion to Dismiss pursuant to NRS 38.310 [ECF No. 13] shall be filed on or before **December 12, 2016.**

This is the Parties first request of this deadline and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED AND AGREED**.

Dated this _____ day of December, 2016.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| ____/s/ Vatana Lay_____ | ____/s/ Ryan D. Hastings_____ |
| Ariel E. Stern | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| Vatana Lay | Ryan D. Hastings |
| Nevada Bar No. 12993 | Nevada Bar No. 12394 |
| 1160 Town Center Drive, Suite 330 | 8945 W. Russell Road, Suite 330 |
| Las Vegas, NV 89144 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Bank of America, N.A.* | *Aliante Master Association* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __7__ day of December, 2016.    _____
                                              **Gloria M. Navarro, Chief Judge**
                                              **U.S. DISTRICT COURT JUDGE**