1 **LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
2 Nevada Bar No. 7259
**RYAN D. HASTINGS**
3 Nevada Bar No. 12394
Email: Sanderson@leachjohnson.com
4 Email:  Rhastings@leachjohnson.com
8945 W. Russell Road, Suite 330
5 Las Vegas, Nevada 89148
Telephone:     (702) 538-9074
6 Facsimile:      (702) 538-9113
*Attorneys for Defendant*
7 *Aliante Master Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-02258-GMN-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND REPLY DATES** |
| vs. | **[ECF Nos. 92, 91 & 90]** |
| ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, | **(First Request)** |
| Defendants. | |

Aliante Master Association (the "Association"), Bank of America, N.A. ("Plaintiff"), and Defendant SFR Investments Pool 1, LLC ("SFR")(collectively, the "Parties") by and through their respective counsel stipulate and agree as follows:

1. On March 1, 2018, the Association filed a Motion to Dismiss Bank of America's Complaint pursuant to NRS 38.310 [ECF No. 86].

2. On March 1, 2018, the Association filed a second Motion to Dismiss pursuant to NRS 40.010, FRCP 12(b) [ECF No. 87].

3. On March 13, 2018, SFR filed a Limited Response to the Association's Motion to Dismiss pursuant to NRC 40.010, FRCP 12(b) [ECF No. 90].

4. On March 15, 2018, the Bank filed an Opposition to the Association's Motion to Dismiss under NRS 38.310 [ECF No. 91].

5. On March 15, 2018, the Bank also filed an Opposition to the Association's

Motion to Dismiss under Rule 12(B) and NRS 40.010 [ECF No. 92].

6. The Association's Replies to SFR and the Bank's Response and Oppositions are due March 22, 2018.

7. The Parties agree that the Association shall have up to and including April 5, 2018, to file its Replies to the Response and Oppositions.

8. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel and their conflicts with the current deadlines.

Dated this 23rd day of March, 2018.

**AKERMAN LLP**

*/s/ Vatana Lay*
_____
Ariel E. Stern
Nevada Bar No. 8276
Vatana Lay
Nevada Bar No. 12993
1635 Village Center Circle, #200
Las Vegas, NV 89134
*Attorneys for Plaintiff*
*Bank of America, N.A.*

**LEACH JOHNSON SONG & GRUCHOW**

*/s/ Ryan D. Hastings*
_____
Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
8945 W. Russell Road, #330
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*Aliante Master Association*

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
_____
Diana S. Ebron
Nevada Bar No. 10580
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED** this March 26, 2018.

_____
UNITED STATES MAGISTRATE JUDGE