1   KAREN L. HANKS, ESQ.
    Nevada Bar No. 9578
2   E-mail: karen@hankslg.com
    CHANTEL M. SCHIMMING, ESQ.
3   Nevada Bar No. 8886
    E-mail: chantel@hankslg.com
4   HANKS LAW GROUP
    7625 Dean Martin Drive, Suite 110
5   Las Vegas, Nevada 89139
    Telephone: (702) 758-8434
6   *Attorneys for SFR Investments Pool 1, LLC*

7                   **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  BANK OF AMERICA, N.A., | Case No. 2:16-cv-002258-GMN-CWH |
| 10              Plaintiff, | **JUDGMENT BY DEFAULT AGAINST ALBERT C. SMITH** |
| vs. | |
| 11 | |
| 12  ALIANTE MASTER ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC., | |
| 13 | |
| 14              Defendants. | |
| 15  SFR INVESTMENTS POOL 1, LLC, | |
| 16              Counter/Cross Claimant, | |
| 17  vs. | |
| 18  BANK OF AMERICA, N.A.; ALBERT C. SMITH, an individual; and DAWN D. SMITH, an individual; | |
| 19 | |
| 20              Counter/Cross Defendants. | |
| 21 | |

22       This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Motion for

23   Judgment by Default against Albert C. Smith ("Smith" or "Cross-Defendant"). Having considered

24   the motion, including the declarations attached thereto, the Court makes the following findings of

25   fact and conclusions of law:

26

27

28

                                    - 1 -

1.      On December 1, 2016, SFR filed a Cross-Complaint [ECF No. 26] for quiet title and injunctive relief against Smith, relating to real property located at **4029 Buteo Lane, North Las Vegas, Nevada 89084; Parcel No. 124-19-714-025** ("the Property").

2.      Smith failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Smith on March 23, 2020.

3.      Smith is not incompetent, an infant, or serving in the United States military.

4.      SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Smith.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Smith, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to close the case.

Dated this __5__ day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*Respectfully submitted by:*
**HANKS LAW GROUP**

 */s/ Chantel M. Schimming*
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*